

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK
FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
CHIEF STAFF ATTORNEY
MARGARET HUSSEY
3/17/2015 1:28:24 PM
CATHY S. LUSK
Clerk

**FILED FOR RECORD**
At 10:90 o'clock A.m.

MAR 1 2 2015

**JANICE STAPLES**
District Clerk, Anderson County, TX
by_____Dep.

March 11, 2015

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
\* DELIVERED VIA E-MAIL \*

**RE:**   Case Number:                          12-14-00322-CV
          Trial Court Case Number:   349-7327

**Style:**   William Wallace Frey
            v.
            Raymond Hendrix, et al

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By:_____Katrina McClenny_____
       Katrina McClenny, Chief Deputy Clerk

C  William Wallace Frey
C  Hon. Gregory W. Abbott (DELIVERED VIA E-MAIL)
:

Mandate executed on __12__ day of _March_____, 2015.

Brief explanation of action taken: _filed in the papers of the cause_

_Janice S. Staples_____District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us